PEOPLE ex rel. NORTH AMERICAN CO. v. ROBERTS. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by the people of the state of New York, on the relation of the North American Company, against James A. Roberts, as comptroller. No opinion. Decision of the comptroller reversed, with $50 costs and disbursements, on the authority of People ex rel. Chicago Junction, etc., Co. v. Roberts, 154 N. Y. 1, 47 N. E. 974. All concur, except MERWIN, J., dissenting.

---

PEOPLE ex rel. PATTGEISER v. OELSCHLANGER. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by the people of the state of New York, on the relation of Josephine Pattgeiser, against Oscar Oelschlanger. No opinion. Motion granted.

---

PEOPLE ex rel. POWERS, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the people of the state of New York, on the relation of Frederick M. Powers, against Thomas Smith and others, as inspectors, etc. No opinion. Order reversed, and the writ dismissed, without costs to either party. Held, (1) that the original ballots should have been produced at the special term for the inspection of the court; (2) that the writ should have been addressed to the canvassing board, which should have made a return of its proceedings.

---

PEOPLE ex rel. RECHNITZER, Appellant, v. WORCESTER, Justice, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by the people of the state of New York, on the relation of Max Rechnitzer, against Francis J. Worcester, justice, etc. C. D. Baker, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of In re Batey (decided herewith) 52 N. Y. Supp. 871.

---

PEOPLE ex rel. SCHEHR, Appellant, v. GLEASON et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1898.) Action by the people of the state of New York, on the relation of Jacob Schehr, against Patrick J. Gleason and others, constituting the board of fire commissioners of Long Island City. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of People v. Gleason, 53 N. Y. Supp. 7.

---

PEOPLE ex rel. SCHOT v. LUBETKIN. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by the people of the state of New York, on the relation of Flora Schot, against Abraham Lubetkin. No opinion. Motion granted.

---

PEOPLE ex rel. WALSH, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by the people of the state of New York, on the relation of Henry Walsh, against Frank Moss and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

---

PERKINS, Respondent, v. KIRKPATRICK, Appellant. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by Edward C. Perkins against John Kirkpatrick, individually. E. H. Benn, for appellant. H. A. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

PETERSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by Andrew Peterson, as administrator of the goods, chattels, and credits which were of Lillian Peterson, deceased, against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed, without costs, by consent.

---

PFETSCH et al., Respondents, v. MALONEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Mary Pfetsch, as executrix, etc., and another, against John Maloney. No opinion. Judgment affirmed, with costs.

---

PORTER, Respondent, v. TRADERS' INS. CO. OF CHICAGO, ILL., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Alexander J. Porter against the Traders' Insurance Company of Chicago, Ill. No opinion. Defendant's exceptions overruled, and motion denied, with costs, and judgment ordered on the verdict, with costs. All concur, except ADAMS and WARD, JJ., dissenting.

---

POULSON, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Olga Poulson against the Nassau Electric Railroad Company. No opinion. Application for leave to appeal to the court of appeals granted. The proposed practice of certifying questions to the court of appeals, on appeals from judgments in actions for personal injury, is improper. See 51 N. Y. Supp. 933.

---

In re POWER. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) In the matter of the application of James H. Power for admission to the bar. No opinion. Application granted.